PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added  ☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT DISTRICT OF — NEVADA - RENO Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Judy Farmer  ☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. _____

Name of Asst. U.S. Attorney (if assigned): CARLA B. HIGGINBOTHAM

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAG. JUDGE CASE NO. _____

Place of offense: NEVADA  County

CASE NO. _____

USA vs.
Defendant: DARYL LEE HEATH

Address:

3:13-CR-0075-LRH-WGC

☐ Interpreter Required   Dialect: _____

Birth Date _____   ☑ Male  ☐ Female   ☐ Alien (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

FILED / ENTERED   RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JUL 17 2013
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18: 2252A(a)(2) and (b) | RECEIPT OF CHILD PORNOGRAPHY | 1 |
| 4 | 18: 2252A(a)(1) and (b) | TRANSPORTATION OF CHILD PORNOGRAPHY | 2 |