RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
State Bar No. 11580
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
Telephone:	(775) 321-8451
Facsimile:	(775) 784-5369

Counsel for DARYL LEE HEATH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DARYL LEE HEATH<br><br>　　　　　　Defendant. | 3:13-cr-00075-LRH-WGC<br><br>**DEFENDANT'S EMERGENCY UNOPPOSED MOTION FOR REVIEW AND AMENDMENT OF PRETRIAL RELEASE CONDITIONS. EXPEDITED RULING REQUESTED.** |

CERTIFICATION:    This Motion is timely filed, no time limit being applicable.

　　　　Defendant, DARYL LEE HEATH, by and through his attorney of record, LAUREN GORMAN, Assistant Federal Public Defender, hereby moves this Honorable Court, for review and amendment of the conditions of release entered by the Magistrate Judge on July 25, 2013. This motion is made pursuant to 18 U.S.C. §§ 3142(c)(3) and 3145(a)(2) and is based upon the following Points and Authorities and the papers and pleadings on file herein. Assistant United States Attorney Carla Higginbotham does not oppose this motion.

**POINTS AND AUTHORITIES**

　　　　On July 25, 2013., this Court ordered Mr. Heath released under conditions: Defendant shall submit to the location monitoring program and be on home detention (PR Bond (#10)). Mr. Heath wears an ankle bracelet in order to comply with the condition of location monitoring. 18

U.S.C. § 3142(c) (3) provides "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release."

Mr. Heath has several tumors growing behind his left eye as well as various other pressing health issues. He is being treated through the Veterans Administration (VA).

On October 22, 2014, Mr. Heath filed an unopposed motion to have his ankle bracelet removed for an October 28, 2014 MRI procedure. On October 28, 2014, Mr. Heath went for the procedure but had not taken the appropriate medication 45 minutes before the procedure. He was sent home and the procedure was rescheduled for November 4, 2014 at 12:45 PM. (Exhibit A) Mr. Heath therefore moves this court for an order permitting pretrial services to remove the bracelet for the November 4, 2014 medical procedures in connection with Mr. Heath's medical treatment.

In addition, after consultation with Pretrial Services officer Jennifer Simone, Mr. Heath moves this court to enter an order allowing Pretrial Services to remove the ankle bracelet whenever they receive confirmation that Mr. Heath has a medical appointment requiring the removal of the device, such as MRI procedures. This would dispense with the need to seek an independent court order for every appointment requiring removal of the device and instead rely upon the discretion of Pretrial Services to review the appropriate medical documentation and make the determination.

Undersigned counsel has reached out to Pretrial Services and to Assistant United States Attorney Carla Higginbotham and they do not oppose this motion. Undersigned counsel requests an expedited ruling as the MRI is scheduled for November 4, 2014. Undersigned counsel, yet again, apologizes for the late notice but received notice of the medical procedure only this morning.

DATED this 29th day of October, 2014.

        */s/ Lauren D. Gorman*
        LAUREN D. GORMAN
        Asst. Federal Public Defender
        Counsel for DARYL LEE HEATH

**IT IS SO ORDERED this 30th day of October, 2014.**

        UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

10/28/2014
H1929

DARYL LEE HEATH


Dear Mr. Daryl Lee Heath,

This is to notify you of the following VA clinic appointment(s):

```
TUESDAY    OCT 28, 2014   8:00 AM  LAB - RADIOLOGY Clinic
TUESDAY    OCT 28, 2014   9:00 AM  RADIOLOGY MRI AM Clinic
TUESDAY    NOV  4, 2014  12:45 PM  RADIOLOGY MRI AM Clinic    Take med 45 m prior
TUESDAY    NOV 25, 2014   8:00 AM  EAST CAMPUS LAB Clinic
TUESDAY    DEC  2, 2014   8:30 AM  PACT TEAMLET EC 16 (ALPHA) Clinic
TUESDAY    DEC  2, 2014   9:00 AM  PACT TEAMLET EC 16 Clinic
```

* If you are unable to keep the scheduled appointment(s) for any reason, please call your clinic teamlet number listed below.

* Please check in at the Log-In Counter at the Kirman St entrance.

* Eye Clinic Patients need to check in at 330 Crampton Street.

* Dental Clinic Patients need to check in at 975 Kirman Ave.

* You may be eligible for Beneficiary Travel benefits. Please contact the Travel Office at x1405 to determine your eligibility status.

*** Important Telephone Numbers***

| | | | |
|---|---|---|---|
| Elig/Enrollment | (775) 328-1293 | Mental Health | (775)328-1490 |
| PACT Teamlet Reno | (775) 829-5685 | Toll free | (888)838-6256 |
| Spec Medical | (775) 328-1771 | Spec Surgical | (775)328-1772 |
| PACT Teamlet Auburn | (530)889-0872 | Toll free | (888)227-5404 |
| PACT Teamlet CV | (775)829-5685 | Toll free | (888)838-6256 |
| PACT Teamlet Susanville | (530)251-4550 | Toll free | (877)816-8572 |
| PACT Teamlet Fallon | (775)428-6161 | Radiology | (775)334-4137 |
| PACT Teamlet Winnemucca | (877)320-4990 | Eye Clinic | (775)328-1743 |
| Dental | (775)326-2930 | Pharmacy | (775)328-1434 |
| Audiology | (775)785-7120 | Prosthetics | (775)328-1268 |
| Phys/Occ Therapy | (775)785-7260 | Speech Path | (775)785-7260 |