UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>DARYL LEE HEATH,<br><br>         Defendant. | Case No.: 3:13-CR-00075-LRH<br><br>MINUTE ORDER<br><br>Date:  AUGUST 9, 2022 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>  REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>  NONE APPEARING  </u>

COUNSEL FOR DEFENDANT(S): <u>  NONE APPEARING  </u>

**MINUTE ORDER IN CHAMBERS**:

  Before the Court is Defendant's Motion to Terminate Remaining Supervised Release Term Pursuant to 18 U.S.C. § 3583(e)(1) (ECF No. 66).  Accordingly,

 **IT IS ORDERED** that a responsive pleading shall be filed by the Government within 20 days of entry of this Order, a reply may be filed by the Defendant within 15 days following the Government's response, and the matter will be submitted to the Court for decision or other appropriate action.

  **IT IS SO ORDERED**.

               DEBRA K. KEMPI, CLERK

               By: <u>   /s/   </u>

                  Deputy Clerk