RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for DARYL HEATH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARYL HEATH,<br><br>　　　　　Defendant. | Case No. 3:13-cr-00075-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE**<br>**(FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for DARYL HEATH and United States Attorney JASON M. FRIERSON, Assistant United States Attorney, RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release set for December 3, 2024, at 10:30 AM, be vacated and continued to January 21, 2025, at 11:00 AM.

　　　This Stipulation is entered into for the following reasons:

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. The defendant is not detained and consents to the continuance.

3. The parties agree to the continuance.

4. This is the first request for a continuance.

DATED this 25th day of November, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for DARYL HEATH | By  /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States of America |

2

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Hearing Re: Revocation of Supervised Release set for 12/3/2024, at 10:30 a.m., be vacated and continued to 1/21/2025, at 11:00 a.m. in Reno Courtroom 4 before District Judge Howard D. McKibben.  **IT IS SO ORDERED**.

DATED this 26th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE