**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYL LEE HEATH,<br><br>Defendant. | 3:13-cr-00075-HDM-CSD<br><br>**ORDER GRANTING (IN PART) STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between SUE FAHAMI, Acting United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, RENE L. VALLADARES, Federal Public Defender, and ALLIE WILSON, Assistant Federal Public Defender, counsel for defendant DARYL LEE HEATH, that the Revocation of Supervised Release Hearing currently scheduled for March 12, 2025, at 11:00 a.m., be vacated and continued to **April 8, 2025, at 11:00 a.m.**

This Stipulation is entered into for the following reasons:

1. Failure to grant this extension of time would deprive the government continuity of counsel.

1

2. The defendant is not detained and consents to the continuance.

3. The parties agree to the continuance.

4. This is the third request for a continuance.

DATED this 20th day of February, 2025.

| | |
|---|---|
| SUE FAHAMI<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for Defendant |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-cr-00075-HDM-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| DARYL LEE HEALTH, | |
| Defendant. | |

IT IS ORDERED the currently scheduled Revocation of Supervised Release Hearing for March 12, 2025, at 11:00 a.m., be and continued to **March 12, 2025 at 1:00 p.m.** in Reno Courtroom 4 before Judge Howard D. McKibben.  **IT IS SO ORDERED**.

DATED this 24th of February, 2025.

_____
HON. HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE

1