UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00075-HDM-CSD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE** |
| DARYL HEATH, | **(FIFTH REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for DARYL HEATH and United States Attorney SIGAL CHATTAH, Assistant United States Attorney, RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release set for May 13, 2025, at 11:00 AM, be vacated and continued to June 11, 2025, at 11:00 AM.

This Stipulation is entered into for the following reasons:

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. The defendant is not detained and consents to the continuance.

3. The parties agree to the continuance.

4. This is the fifth request for a continuance.

DATED this 21st day of May 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By  /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for DARYL HEATH | By  /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States of America |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the Revocation of Supervised Release hearing currently set for May 28, 2025, at 11:30 AM, be vacated and continued to June 11, 2025, at 11:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben.  **IT IS SO ORDERED.**

DATED this 22nd day of May 2025.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE